IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRE LOTT,

    Defendant.

8:20CR194

INDICTMENT
21 U.S.C. § 841(a)(1) & (b)(1)(C)
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 922(g)(1) & 924(a)(2)

The Grand Jury Charges:

## COUNT I

On or about April 20, 2020, in the District of Nebraska, ANDRE LOTT, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, that resulted in the death of individuals, M.S., M.H. and C.M.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(C).

Before ANDRE LOTT committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about April 9, 2020, in the District of Nebraska, ANDRE LOTT, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

### COUNT III

On or about May 28, 2020, in the District of Nebraska, the defendant, ANDRE LOTT, knowing he had been convicted on May 24, 2001, in the U.S. District Court, District of Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: conspiracy to distribute crack cocaine, knowingly possessed in and affecting commerce a FNX 45 FN handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant United States Attorney