**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR194** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ANDRE LOTT,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [44].  On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.  Accordingly,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [44] is granted, as follows:

1. The jury trial, now set for **December 7, 2021**, is continued to **February 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED:  November 19, 2021

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**